# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-01039-JAK (JEMx) | Date | April 21, 2020 |
|---|---|---|---|
| Title | Huang Xingen v. Inland Energy, Inc., et al. | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

S. Lorenzo
Deputy Clerk

Court Reporter / Recorder

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT/COUNTERCLAIMANT INLAND ENERGY, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE) AND REQUEST FOR SANCTIONS (Dkt. Nos. 38, 39)**

    Before the Court is a Motion To Compel Further Responses To Plaintiff's Request For Production Of Documents (Set One) And Request For Sanctions ("Motion") filed by Defendant Inland Energy, Inc. (Dkt. 38, 39.) Plaintiff Huang Xingen did not provide his portion of the Joint Stipulation as required by Local Rule 37-2 and 2.2. Plaintiff also did not file any opposition or supplemental memorandum.

    Accordingly, the Court ORDERS Plaintiff Huang Xingen to show cause by **April 27, 2020** why the Court should not grant Defendant Inland Energy, Inc.'s Motion in its entirety, including the request for sanctions as authorized by L.R. 37-4. Defendant Inland Energy, Inc. shall have until **May 1, 2020** to file a response.

    The hearing on the Motion now scheduled for April 28, 2020 is hereby off calendar.

cc: Parties

                                                :

Initials of Preparer      slo