JS-6

FILED
CLERK, U.S. DISTRICT COURT

January 5, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUANG XINGEN, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>INLAND ENERGY, INC., a California corporation, WILLIAM BUCK JOHNS, an individual; THOMAS M. BARNETT, an individual; and DOES 1-100,<br><br>       Defendants. | Case No. 8:19-cv-01039-SB-JEM<br><br>**ORDER TO DISMISS WITH PREJUDICE**<br><br>Judge: Hon. Stanley Blumenfeld, Jr. |

1

1      THE COURT, having considered the Joint Stipulation to Dismiss with

2  Prejudice, and GOOD CAUSE appearing, hereby orders as follows:

3      1.    The matter is dismissed with prejudice; and

4      2.    All parties are to bear their own attorney's fees and costs.

5  IT IS SO ORDERED.

6

7

8

9      _____

10                 Hon. Stanley Blumenfeld, Jr.
                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO DISMISS WITH PREJUDICE